UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAI KHAN | CIVIL ACTION |
| VERSUS | NO. 23-6696 |
| WALMART, INC. | SECTION M (2) |

## ORDER

Considering the parties' joint motion to dismiss (R. Doc. 7),

IT IS ORDERED that the motion is GRANTED and that all claims in the captioned matter are dismiss with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of January, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE